**Motion for Rehearing Granted, Memorandum Opinion filed November 10, 2015, Withdrawn, Appeal Reinstated, and Order filed December 9, 2015**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-00827-CV**
_____

**BANYONNOH PARKER, Appellant**

**V.**

**DARRYL RAY WASH, Appellee**

**On Appeal from the 328th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 14-DCV-213288**

## ORDER

On November 10, 2015, the court issued an opinion dismissing this appeal, after notice, for appellant's failure to pay the court filing fee. On November 18, 2015, appellant filed a motion for rehearing, explaining she misunderstood the deadline to pay. Accordingly, we **ORDER** as follows:

Appellant's motion for rehearing is **GRANTED**. This court's opinion filed November 10, 2015, is **WITHDRAWN**, and our judgment of that date is **VACATED**. The appeal is ordered **REINSTATED**.

Appellant is **ORDERED** to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **December 29, 2015**. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

Appellant is **ORDERED** to file the clerk's record with the clerk of this court on or before **December 29, 2015**. *See* Tex. R. App. P. 35.3(c). If appellant fails to file the clerk's record in accordance with this order, the appeal will be dismissed. *See* Tex. R. App. P. 37.3(b).

PER CURIAM